IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:   SEARCH WARRANT FOR                               ) | 8:10MJ159 |
| Residence of 1107 N. Pierce Street,                              ) | |
| Lexington, NE, a single story ranch type                     ) | |
| home off white in color with the numbers              ) | |
| 1107 on the front of the house by front door  ) | |
| and a carport located on North side of house ) | |

MOTION TO UNSEAL SEARCH WARRANT
APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 8th day of May, 2014.

                                                UNITED STATES OF AMERICA

                                                DEBORAH R. GILG
                                                United States Attorney

                                                By: s/Douglas R. Semisch
                                                Douglas R. Semisch #16655
                                                Assistant U.S. Attorney
                                                1620 Dodge Street, Suite 1400
                                                Omaha, Nebraska 68102
                                                (402) 661-3700

                                                <u>ORDER</u>

IT IS SO ORDERED.

Dated this 8th day of May, 2014.
                                                BY THE COURT:


                                               s/ Thomas D. Thalken
                                              United States Magistrate Judge